THE PEOPLE ex rel. EDWARD J. SMITH, Appellant, *v.* THE BOARD OF POLICE COMMISSIONERS et al., Respondents.

(Argued October 11, 1880; decided October 15, 1880.)

*Louis J. Grant* for appellant.

*D. J. Dean* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

GEORGE L. MUNROE et al., Appellants, *v.* THE TRADESMEN'S FIRE INSURANCE COMPANY, Respondent.

(Submitted September 21, 1880; decided November 9, 1880.)

*C. R. Judson* for appellants.

*F. W. Hubbard* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.